# UNITED STATES DISTRICT COURT

for the

Middle District of Georgia

| Harold Coley | **Repayment Agreement and Order** | No: 4:16-CR-36-001(CDL) |
|---|---|---|

---

On December 19, 2017, Harold Coley was sentenced to 97 months imprisonment followed by a 36-month term of supervised release for the offenses of Conspiracy to File False Claims, Mail Fraud, and Embezzlement of Mail.

After a review of his financial status, the following repayment agreement has been reached with Mr. Coley. Please acknowledge your approval or disapproval of the proposed payment plan and sign below.

**FINE/RESTITUTION/SPECIAL ASSESSMENT REPAYMENT AGREEMENT:**

1.     As a result of the judgment entered against me on December 19, 2017, I have been ordered to pay a total restitution of $901,351.00 and a special assessment of $2,900.00.

2.     On March 2, 2024, I began my service of 36 months of supervised release in the Northern District of Georgia. The mandatory assessment was deemed satisfied on March 23, 2018. The current balance of my restitution is $868,638.10.

3.     After reviewing my current income and my necessary monthly expenditures, the proposed repayment schedule has been agreed upon by all parties. Beginning immediately, I will tender to the United States a certified check or money order, payable to the Clerk, U.S. District Court, in the amount of not less than $250.00 per month during the term of supervision. Payment is due by the 5th of every month.

| _____ | _____ |
|---|---|
| Harold Coley | Date |
| | June 4, 2025 |
| Wendy S. Howard, Supervising U.S. Probation Officer | Date |
| | 06/04/2025 |
| Assistant U.S. Attorney | Date |

---

**THE COURT ORDERS:**

☒ Approval   ☐ Disapproval

S/Clay D. Land
Clay D. Land
U.S. District Judge

6/9/2025
Date